IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ERIC WILSON, # 187180, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   CASE NO.  2:15-CV-770-WKW |
| | ) |
| JEFFERSON S. DUNN, *et al.*, | ) |
| | ) |
| Defendants. | ) |
| | ) |
| | ) |

## **ORDER**

On November 19, 2015, the Magistrate Judge filed a Recommendation to which no timely objections have been filed.  (Doc. # 4.)  Upon an independent review of the file and upon consideration of the Recommendation, it is ORDERED that

(1) The Recommendation is ADOPTED; and

(2) This case is DISMISSED without prejudice for failure of Plaintiff to pay the initial partial filing fee.

A separate final judgment will be entered.

DONE this 14th day of December, 2015.

/s/ W. Keith Watkins
CHIEF UNITED STATES DISTRICT JUDGE