IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| ERIC WILSON, # 187180, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO.  2:15-CV-770-WKW |
| | ) | |
| JEFFERSON S. DUNN, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

On January 20, 2016, the Magistrate Judge filed a Recommendation to which no timely objections have been filed.  (Doc. # 14.)  Upon an independent review of the file and upon consideration of the Recommendation, it is ORDERED that

(1)     The Recommendation is ADOPTED;

(2)     Plaintiff's claims against Young Boozer, the State Fire Marshall, the Public Health Department, the State Personnel Department, and the Public Safety Department are DISMISSED with prejudice pursuant to 28 U.S.C. § 1915(e)(2)(B)(i);

(3)     Young Boozer, the State Fire Marshall, the Public Health Department, the State Personnel Department, and the Public Safety Department are DISMISSED as defendants in this cause; and

(4)     This case, with respect to the claims against Jefferson S. Dunn and Louis Boyd, is referred back to the Magistrate Judge for further proceedings.

DONE this 12th day of February, 2016.

_____/s/ W. Keith Watkins_____
CHIEF UNITED STATES DISTRICT JUDGE