IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ERIC WILSON, #187180, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 2:15-CV-770-WKW |
| | ) |
| JEFFERSON S. DUNN, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## **ORDER**

On June 30, 2016, the Magistrate Judge entered a Recommendation (Doc. # 28) to which no timely objections have been filed. Upon an independent review of the file and upon consideration of the Recommendation, it is ORDERED that the Recommendation (Doc. # 28) is ADOPTED. It is further ORDERED that Plaintiff's motion for preliminary injunction (Doc. # 1) is DENIED and that this action is REFERRED back to the Magistrate Judge for further proceedings.

DONE this 25th day of July, 2016.

/s/ W. Keith Watkins
CHIEF UNITED STATES DISTRICT JUDGE