IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ERIC WILSON, # 187180, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )   CASE NO. 2:15-CV-770-WKW |
| | )           [WO] |
| JEFFERSON S. DUNN, *et al.*, | ) |
| | ) |
|     Defendants. | ) |

## **ORDER**

On August 4, 2016, the Magistrate Judge filed a Recommendation to which no timely objections have been filed. (Doc. # 33.) Upon an independent review of the file and upon consideration of the Recommendation, it is ORDERED that

    (1)    The Recommendation is ADOPTED;

    (2)    Plaintiff's Motion to Dismiss (Doc. # 30) is GRANTED;

    (3)    This case is DISMISSED without prejudice; and

    (4)    No costs are taxed.

A separate final judgment will be entered.

DONE this 30th day of August, 2016.

                                          /s/ W. Keith Watkins
                              CHIEF UNITED STATES DISTRICT JUDGE